IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

GORGE LODGING, LLC,             )
                               )
          Plaintiff,           )    TC-MD 130081N
                               )
     v.                     )
                               )
MULTNOMAH COUNTY ASSESSOR,    )
                               )
         Defendant.      )   **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was scheduled at 9:00 a.m. on April 11, 2013, to consider Plaintiff's appeal. On March 27, 2013, the court sent notice of the scheduled case management conference to Plaintiff's authorized representative at the email address Plaintiff provided to the court. The notice was not returned as undeliverable. The notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

On April 11, 2013, the court sent Plaintiff's authorized representative a letter which explained the importance of diligently pursuing an appeal. That letter was not returned as undeliverable. The letter stated that if Plaintiff's authorized representative did not provide a written explanation by April 25, 2013, for his failure to appear, the court would dismiss the appeal. As of this date, Plaintiff's authorized representative has not submitted a written response to the court explaining his failure to appear at the April 11, 2013, case management conference. Under such circumstances, Plaintiff's appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of April 2013.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on April 30, 2013. The Court filed and entered this document on April 30, 2013.*